MELANIE A. HILL, ESQ.
Nevada Bar No. 8796
**MELANIE HILL LAW PLLC**
520 S. 7th Street, Suite A
Las Vegas, NV 89101
Tel.    (702) 362-8500
Fax.   (702) 362-8505
Email: Melanie@MelanieHillLaw.com
*Attorneys for Plaintiff Steven Earl Carr*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN EARL CARR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; DAVID L. JAFFE, individually, DAVID N. KARPEL, individually, DOES 1 through 100; and ROES 1 through 100; inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01850-GMN-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS FILED BY DEFENDANTS UNITED STATES OF AMERICA, DAVID L. JAFFE, AND DAVID N. KARPEL [ECF No. 9] AND FOR DEFENDANTS TO FILE THEIR REPLY**<br><br>**(First Request)** |

NOW COMES the Plaintiff, STEVEN EARL CARR, by and through his attorneys, Melanie A. Hill and Melanie Hill Law PLLC, and Defendants UNITED STATES OF AMERICA, DAVID L. JAFFE, AND DAVID N. KARPEL, by and through their attorneys, Assistant United States Attorney Gregory Addington, who hereby stipulate that Plaintiffs may have an extension of time from the current deadline of January 21, 2021 until, up to and including February 5, 2021, within which to respond to the Defendants' Motions to Dismiss [ECF No. 9].  The parties further stipulate that Defendants shall have 14 days to file their Reply after the response is filed.  This Stipulation is made

at the request of all parties for the reasons set forth herein and this is the first request for an extension of the deadline to respond to the pending Motion to Dismiss [ECF No. 9].

In support of this Stipulation and Order, the parties state as follows:

1. The amended complaint was filed in this case on December 14, 2020 [ECF No. 8].

2. Defendants filed a Motion to Dismiss on January 7, 2021 [ECF No. 9].

3. Counsel for all parties have conferred regarding Plaintiffs request for an extension of the response deadline, and counsel for the Defendants has agreed to the requested extension. Counsel for Defendants have requested an extension of their reply deadline and Plaintiff has agreed.

4. This stipulation and order are being brought in good faith and is not sought for any improper purpose or other purpose of delay, but to allow counsel for the parties' additional time to respond and reply to the motion to dismiss and brief the necessary issues raised in the motion to dismiss. This first extension request is made in order to accommodate competing obligations held by Plaintiff's counsel and agreed to by Defendants' counsel as a professional courtesy.

/ / /

/ / /

/ / /

Melanie Hill Law PLLC
520 S. 7th St., Ste A
Las Vegas, Nevada 89101
(702) 362-8500

5. WHEREFORE, the parties respectfully request that the Court extend the deadline for Plaintiff to respond to Defendants' motions to Dismiss from the current deadline of December 7, 2020 to December 14, 2020. The parties further respectfully request that the Court extend the deadline for Defendants to file their responsive pleading for thirty (30) days from the date of the filing of Plaintiff's Amended Complaint.

DATED this 20th day of January, 2021.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| MELANIE HILL LAW PLLC | NICHOLAS TRUTANICH<br>United States Attorney |
| /s/ Melanie A. Hill | /s/ Gregory Addington |
| Melanie A. Hill, Esq. (NV Bar No. 8796)<br>520 S. 7th Street, Suite A<br>Las Vegas, NV 89101<br>Tel.: (702) 362-8500<br>Email: Melanie@MelanieHillLaw.com<br>*Attorney for Plaintiff Steven Earl Carr* | Gregory Addington (NV Bar No. 6875)   Assistant United States Attorney<br>400 South Virginia Street, Suite 900<br>Reno, NV 89501<br>Tel.: (775) 784-5438<br>Email: Greg.Addington@usdoj.gov<br>*Attorney for Defendants United States of America, David L. Jaffe, and David N. Karpel* |

**IT IS SO ORDERED.**

Dated this  20  day of January, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT