MELANIE A. HILL, ESQ.
Nevada Bar No. 8796
**MELANIE HILL LAW PLLC**
1925 Village Center Circle, Suite150
Las Vegas, NV 89134
Tel.: (702) 362-8500
Fax.: (702) 362-8505
Email: Melanie@MelanieHillLaw.com
*Attorneys for Plaintiff Steven Earl Carr*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN EARL CARR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; DAVID N. KARPEL, individually, DOES 1 through 100; and ROES 1 through 100; inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01850-GMN-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS FILED BY DEFENDANTS UNITED STATES OF AMERICA AND DAVID N. KARPEL [ECF No. 26] AND FOR DEFENDANTS TO FILE THEIR REPLY**<br><br>**(First Request)** |

NOW COMES the Plaintiff, STEVEN EARL CARR, by and through his attorneys, Melanie A. Hill and Melanie Hill Law PLLC, and Defendants UNITED STATES OF AMERICA and DAVID N. KARPEL, by and through their attorneys, Assistant United States Attorney Gregory Addington, who hereby stipulate that Plaintiffs may have an extension of time from the current deadline of July 16, 2021 until August 2, 2021, within which to respond to the Defendants' Motions to Dismiss [ECF No. 26]. The parties further stipulate that Defendants shall have an extension of time from the current deadline of July 23, 2021 until August 23, 2021 to file their reply in support of the Motion to Dismiss [ECF No. 26]. This Stipulation is made at the request of all parties for the reasons set forth herein

Melanie Hill Law PLLC
1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500

1 of 3

and this is the first request for an extension of the deadlines to respond and reply to the pending Motion to Dismiss [ECF No. 26].

In support of this Stipulation and Order, the parties state as follows:

1. The second amended complaint was filed in this case on July 2, 2021 [ECF No. 25] after the Court entered an Order granting Plaintiff's Motion for Leave to File Proposed Second Amended Complaint and denying Defendants' Motion to Dismiss as moot on July 2, 2021 [ECF No. 24].

2. Defendants filed their Motion to Dismiss Plaintiff's Second Amended Complaint on July 2, 2021 [ECF No. 26].

3. Counsel for all parties have conferred regarding Plaintiffs' request for an extension of the response deadline given her vacation from July 2, 2021 until July 14, 2021, and counsel for the Defendants has agreed to the requested extension. Defendants have also requested an extension of their reply deadline due to their early August vacation and Plaintiff has agreed.

4. This stipulation and order are being brought in good faith and is not sought for any improper purpose or other purpose of delay, but to allow counsel for the parties' additional time to respond and reply to the motion to dismiss and brief the necessary issues raised in the motion to dismiss due to their summer vacation schedules and unavailability.

/ / /

/ / /

/ / /

Melanie Hill Law PLLC
1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500

WHEREFORE, the parties respectfully request that the Court extend the deadline for Plaintiff to respond to Defendants' Motion to Dismiss [ECF No. 26] from the current deadline of July 16, 2021 until August 2, 2021. The parties further respectfully request that the Court extend the deadline for Defendants to file their reply from the current deadline of July 23, 2021 until August 23, 2021.

DATED this 13th day of July, 2021.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| MELANIE HILL LAW PLLC | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| /s/ Melanie A. Hill | /s/ Gregory Addington |
| Melanie A. Hill, Esq. (NV Bar No. 8796)<br>1925 Village Center Circle, Suite 150<br>Las Vegas, NV 891034<br>Tel.: (702) 362-8500<br>Email: Melanie@MelanieHillLaw.com<br>*Attorney for Plaintiff Steven Earl Carr* | Gregory Addington (NV Bar No. 6875)<br>Assistant United States Attorney<br>400 South Virginia Street, Suite 900<br>Reno, NV 89501<br>Tel.: (775) 784-5438<br>Email: Greg.Addington@usdoj.gov<br>*Attorney for Defendants United States of America, David L. Jaffe, and David N. Karpel* |

**IT IS SO ORDERED.**

Dated this __14__ day of July, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT